UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MASSACHUSETTS BAY INSURANCE COMPANY,

Plaintiff,

v.

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, JEFF OVIEDO & ASSOCIATES, INC., CTG CONSTRUCTION, INC., AVIS BUDGET GROUP, INC., the COUNTY OF ORANGE, and DOES 1 through 25, inclusive,

Defendants.

CASE NO. 8:26-cv-00229-DOC-JDE

Hon. David O. Carter

**ORDER DISMISSING DEFENDANTS AVIS BUDGET GROUP, INC. AND COUNTY OF ORANGE ONLY, WITH PREJUDICE [25]**

**[Fed. R. Civ. P. 41(a)(1)(A)(ii)]**

**ORDER**

Pursuant to the stipulation of the parties, defendants Avis Budget Group, Inc. and County of Orange only are hereby dismissed with prejudice from the above-entitled action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party bearing its own attorneys' fees, costs, liens, and other repayment obligations. The action remains pending as to all other defendants.

**IT IS SO ORDERED.**

Dated: September 23, 2026

David O. Carter

Honorable David O. Carter
United States District Court Judge
Central District Of California